**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE: 1:20-cv-25288-DPG

COLLEEN CASTELLON,

    Plaintiff,
v.

MILLER WEST PLAZA, INC., and
PRESIDENTE SUPERMARKET NO. 29,
INC.,

    Defendants.
_____/

## **JOINT NOTICE OF SETTLEMENT**

    Plaintiff, COLLEEN CASTELLON, and Defendants, MILLER WEST PLAZA, INC., and PRESIDENTE SUPERMARKET NO. 29, INC., hereby advise the Court that the parties have reached an agreement to settle the instant case pending execution of the Settlement Agreement by MILLER WEST PLAZA, INC. The remaining parties have executed the Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is fully executed, which they reasonably expect to do no later than 25 days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines.

    Respectfully submitted this 6th day of April, 2021.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Edilberto O. Marban* |
| ANTHONY J. PEREZ | EDILBERTO O. MARBAN |
| Florida Bar No.: 535451 | Fla. Bar No. 435960 |
| GARCIA-MENOCAL & PEREZ, P.L. | Email: em@eddymabanlaw.com |
| 4937 S.W. 74th Court, Unit #3 | THE LAW OFFICES OF EDDY O. MARBAN |
| Miami, FL 33155 | 2655 S. LeJeune Road, Suite 804 |
| Telephone: (305) 553- 3464 | Coral Gables, Florida 33134 |
| Facsímile: (305) 553-3031 | Telephone: (305) 448.9292 |
| Primary Email: ajperezlaw@gmail.com; aquezada@lawgmp.com | Facsimile: (786) 309-9978 |
| *Attorney for Plaintiff* | |

*Counsel for Defendant, Miller West Plaza, Inc.*

/s/ *Kielan Saborit*
KIELAN SABORIT
Fla. Bar No. 1003527
Email: ksm@lydeckerdiaz.com
LYDECKER DIAZ
1221 Brickell Avenue, 19th Floor
Miami, Florida 33131
Telephone: (305) 416.3180
Facsimile: (305) 416.3190
*Counsel for Defendant, Presidente Supermarket No. 29 Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this 6th, day of April, 2021.

Respectfully submitted,

**LYDECKER DIAZ**
*Counsel for Defendant, Presidente Supermarket No. 29 Inc.*
1221 Brickell Avenue, 19th Floor
Miami, Florida 33131
Telephone: (305) 416.3180
Facsimile: (305) 416.3190

/s/ *Kielan Saborit*
Kielan Saborit, Esq.